4/4/2013

FLD*130404AM1038USBCSDF-WPB    AMB

To the United States Bankruptcy Court
Southern District of Florida,

My name is Anna Marie Bacalla. I have recently filed for Chapter 7 bankruptcy filed on 3/30/11 and was granted discharge. I have a predicament and am seeking a solution. During my filing I have overlooked my HOA and they have been seeking collections compounded with penalties and interest. I would like to reopen my bankruptcy case so I can amend the list to include my HOA. Hoping sincerely for your consideration. My case number is: 11-18429-EPK. Thank you.

Anna Marie Bacalla
phone number: 561-541-3239